## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **HENRY R. SEAWELL, III, *et al.*,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIV. ACT. NO. 1:22-cv-278-TFM-MU |
| **COLONIAL LIFE & ACCIDENT INS. CO.,** | ) |
| **Defendant.** | ) |

### JUDGMENT

In accordance with the Memorandum Opinion and Order entered on September 23, 2024 (Doc. 60), summary judgment is granted on the claims involving the named Plaintiffs (Henry R. Seawell, III and Kathryn D. Seawell) which are **DISMISSED with prejudice**.[1]  It is therefore, **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of the Defendants and against the Plaintiffs.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of December, 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] As there is no ruling on class certification which was denied as moot at the request of the parties (*see* Doc. 64), the class claims are **DISMISSED without prejudice**.